PHILLIP A. TALBERT
Acting United States Attorney
LISA A. THOMAS
Regional Chief Counsel, Region VII
SARAH E. PRESTON, MO BAR 60154
    Special Assistant United States Attorney
    601 E 12th Street, Suite 965
    Kansas City, MO 64106
    Telephone: (816) 936-5931
    Facsimile: (833) 950-3518
    Email: Sarah.Preston@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANNASTINE JAH,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:21-cv-00731-JLT<br><br>ORDER RE: STIPULATED MOTION TO REMAND<br><br>(ECF No. 17) |

    IT IS STIPULATED by and between Annastine Jah (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Office of Hearing Operations will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to further evaluate whether there are jobs that exist in significant numbers in the national economy that Plaintiff can perform. The parties further request that the Court direct the Clerk of the Court to enter a

final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Respectfully submitted this 27th day of January, 2022.

Dated:  January 28, 2022          /s/  Francesco P. Benavides__
                                  FRANCESCO P. BENAVIDES
                                  Attorney for Plaintiff
                                  *Authorized via e-mail on January 26, 2022

Dated:  January 28, 2022          PHILLIP A. TALBERT
                                  Acting United States Attorney
                                  LISA A. THOMAS
                                  Regional Chief Counsel, Region VII
                                  Social Security Administration

                         By:      /s/ SARAH E. PRESTON
                                  SARAH E. PRESTON
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant

# **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 17), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant.
IT IS SO ORDERED.

Dated:  **January 28, 2022**        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

2